UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILSON, | No. 2:20-cv-1715 AC P |
| Plaintiff, | |
| v. | ORDER |
| F. ORR, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to compel discovery responses and a motion requesting the deadlines in the scheduling order be vacated or extended. ECF Nos. 28, 29.

    The motion to compel appears to allege that defendants have completely failed to respond to plaintiff's discovery requests. ECF No. 28. Based on the certificates of service attached to the motion, plaintiff served his discovery requests on December 8, 2021. ECF No. 28 at 6, 9, 12, 15. The discovery and scheduling order provided that responses to written discovery requests are due forty-five days after service of the request. ECF No. 25 at 5. Accordingly, defendants' responses are not due until January 27, 2022.[1] Plaintiff's motion to compel is therefore premature and will

---

[1] The forty-fifth day falls on Saturday, January 22, 2022, and the deadline is therefore continued to January 24, 2022. See Fed. R. Civ. P. 6(a)(1)(C) (when deadline falls on a Saturday, Sunday, or legal holiday, it is continued to the next day that is not a Saturday, Sunday, or legal holiday). The deadline is then extended an additional three days because plaintiff served his requests by

1

be denied.

Plaintiff also filed a motion to vacate the current scheduling dates or alternatively extend the deadlines. ECF No. 29. However, though plaintiff states he requires additional time because of his limited access to the law library, he fails to identify what additional discovery he needs time to pursue. Id. The motion will therefore be denied without prejudice to a motion that identifies what plaintiff needs additional time to complete, and why the requested extension is necessary to complete it.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel, ECF No. 28, is DENIED as premature.

2. Plaintiff's motion to extend deadlines, ECF No. 29, is DENIED without prejudice.

DATED: January 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

mail. See Fed. R. Civ. P. 6(d) (when deadline is based on date of service and service is accomplished by mail, "3 days are added after the period would otherwise expire under Rule 6(a)").