IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH WILSON,** | Case No. 2:20-cv-1715 AC P |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY |
| v. | |
| **ORR, et al.,** | |
| Defendants. | |

This matter having come before the Court on Defendants' request for an extension of time to respond to Plaintiff's discovery requests and good cause appearing, the request is GRANTED.

Defendants' responses to Plaintiff's requests for production and interrogatories served December 8, 2021, shall be served by February 25, 2022.

IT IS SO ORDERED.

DATED: January 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE