UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. ORR, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1715 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to extend the discovery and dispositive motions deadlines by ninety days. ECF No. 35.

By order filed November 22, 2021, the undersigned set the schedule for discovery and dispositive motions. ECF No. 25. Discovery is scheduled to close on March 18, 2022, and dispositive motions are due by June 10, 2022. Id. at 5. On March 3, 2022, defendants filed the instant request to extend deadlines. ECF No. 35. Counsel avers that he was assigned this case on December 31, 2021,[1] and served discovery requests on plaintiff on January 18, 2022. Id. at 3. As a result, plaintiff's responses are due on March 7, 2022, and he will be unable to file any

---

[1] The court notes that counsel did not file a notice of change in designation of counsel until January 12, 2022. ECF No. 27.

1

necessary motions to compel by the March 18, 2022 deadline.[2]  Id.  Counsel also states that he requires responses to defendants' discovery requests before plaintiff can be deposed, and that the dispositive motions deadline should also be extended to allow for the completion of discovery and any necessary motions to compel.  Id. at 3-4.

Although the court finds good cause to extend the deadlines, it appears that the length of the request is based largely upon the need for filing motions to compel.  However, any such need is currently speculative and therefore does not warrant the length of the extension requested at this time.  Furthermore, while counsel may feel that plaintiff's discovery responses are necessary to conduct plaintiff's deposition, there is no explanation as to why a deposition was not scheduled for after plaintiff's responses were due.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 35) is GRANTED in part and the discovery and dispositive motions deadlines will be extended forty-five days.

2. The parties may conduct discovery until **May 2, 2022**, and any motions necessary to compel discovery shall be filed by that date.

3. All pretrial motions, except motions to compel discovery, shall be filed on or before **July 25, 2022**.

DATED: March 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2]  The motion indicates that defendants have a motion to compel pending. ECF No. 35 at 3. However, this appears to be a typographical error as there is no such motion pending, and any such motion would have been premature given defendants' representation that plaintiff's responses were not due until March 7, 2022.