UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WILSON,

        Plaintiff,

  v.

F. ORR, et al.,

        Defendants.

No. 2:20-cv-1715 AC P

ORDER

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to compel the production of documents. ECF No. 40. Although the motion identifies the documents that plaintiff seeks to compel, it does not reproduce the requests that were sent to defendants. See id. at 2. Plaintiff has also failed to provide defendants' responses to the requests. Id.

> The Court does not hold prisoners proceeding pro se to the same standards that it holds attorneys. However, at a minimum, as the moving party plaintiff bears the burden of informing the court of which discovery requests are the subject of his motion to compel and, for each disputed response, why defendant's objection is not justified.

Waterbury v. Scribner, No. 1:05-cv-0764 OWW DLB PC, 2008 WL 2018432, at *1, 2008 U.S. Dist. LEXIS 53142, at *3 (E.D. Cal. May 8, 2008). Without defendants' responses, including any objections, and plaintiff's explanation as to why the responses are deficient, the court is unable to

determine whether production should be compelled. Accordingly, the motion will be denied without prejudice.

If plaintiff files another motion to compel, that motion must include a copy of the requests as they were sent to defendants, defendants' responses and objections, and an explanation as to why the responses are deficient or the objections are not appropriate. Plaintiff's deadline for filing motions to compel (currently May 23, 2022 ) will be briefly extended to allow him the opportunity to file a motion that complies with the requirements set forth above. Failure to comply with these instructions will result in denial of the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No.40) is DENIED without prejudice.

2. Plaintiff shall have twenty-one days from the service of this order to file a motion to compel discovery that complies with the requirements set forth above.

DATED: May 23, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE